Milwaukee Bankruptcy Court

FILED-MAIL

2023 FEB 21  PM 2: 28

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

517 E Wisconsin Ave #126, Milwaukee, WI 53202

Reference number 1729795

Dear Clerk of Court,

Recently, I have been on a search for a home, and I noticed that on my credit report, showed that I had a Bankruptcy reporting. I was unaware that you guys report this private and humiliating information to the credit bureaus.

I am not asking you to investigate the accuracy in the bankruptcy because I know you're very busy there. PLEASE DO NOT WRITE BACK WITH BANKRUPTCY INFO. I know you are very busy and do not have time to do that.

I only want to find out when, and what information was furnished to them from you to show this is a verified reporting of my personal data.

Can you please kindly write me back and let me know if you furnish this type of data to the credit bureaus directly?  I have enclosed a self-addressed envelope for a reply.

Again,.

Thank you so much for your time.

Sincerely,

David Dziedzic

5641 S 106 Street

Hales Corners WI 53130