

*Sean D. McDermott*
*Clerk, U.S. Bankruptcy Court*

*126 U.S. Courthouse*
*517 East Wisconsin Ave.*
*Milwaukee, WI 53202−4581*
*414−297−3291*
*www.wieb.uscourts.gov*

*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

To: David C. Dziedzic
5641 S 106th Street
Hales Corners, WI 53130

Dear Mr. Dziedzic:

   I am responding to your letter requesting information about this court's procedures for reporting information about your bankruptcy case to credit agencies.

   The United States Bankruptcy Court for the Eastern District of Wisconsin does **not** report information to **any** credit agency. Court records are public, however, and that means that any individual or organization can access bankruptcy court records online to obtain information about your bankruptcy case if that individual or organization has access to PACER, the federal courts' electronic record system. Credit agencies can obtain information about your bankruptcy case through the online records on PACER.

Dated: February 21, 2023

**SEAN D. MCDERMOTT**
Clerk of Court

By: Linda I.
Deputy Clerk